⬜ ORIGINAL

Approved by: _____
JULIA MCCORMICK
Special Assistant United States Attorney

Before:     THE HONORABLE MARTIN R. GOLDBERG
            United States Magistrate Judge
            Southern District of New York

19m8149

- - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :      MISDEMEANOR
                                             COMPLAINT
                                      :
         -v-                                 Violation of
                                      :
                                             NYVATL 511(1)(a)
ROGER L. KEARNEY                      :

                                      :      COUNTY OF OFFENSE:
         Defendant                           ORANGE
- - - - - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss.:

he  Brady Barnes
~~PAMELA MENDEZ~~, being duly sworn, deposes and says that ~~she~~ is a Court Liaison assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, and charges as follows:

### COUNT ONE

On or about June 11, 2019, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, CHRISTOPHER E. SHELTON, the defendant, unlawfully, knowingly and willfully operated a motor vehicle upon a public road while knowing, or having reason to know, that his license to operate such motor vehicle in New York was suspended, revoked, or otherwise withdrawn by the commissioner, to wit, the defendant was observed operating his motor vehicle at Thayer Gate and an investigation revealed that the defendant's state driver's license had been suspended.

(New York Vehicle and Traffic Law, Section 511(1)(a))

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1.  I am Court Liaison, assigned to the Provost Marshal

Office, at the United States Military Academy, West Point, New York, which is located in the Southern District of New York.

2. On or about June 11, 2019 at approximately 06:42 a.m., MP Officer, SPC Fitzpatrick, was conducting random anti-terrorism measure searches at Thayer Gate, when a silver in color Acura TL was selected for a vehicle search. The driver, identified as the defendant, was asked for his license and he stated he had left it at home but provided a New York State Identification card. A check on the defendant's identification number revealed that his license had been suspended since 2017 for failure to answer summons.

3. The defendant was issued a District Court Violation Notice for operating a motor vehicle while license suspended or revoked (DCVN number 8005994/SY10) and was released on his own recognizance.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

---
~~PAMELA MENDEZ~~ Brody Barnes
Court Liaison


Sworn to before me this
29th day of August, 2019

---
HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York